## GEORGE METROS v. GEORGE N. LIKAS.

(Filed 5 June, 1947.)

PLAINTIFF's appeal from *Rousseau, J.,* at 18 November, 1946, Term, of FORSYTH.

*Eugene H. Phillips and Dallace McLennan for plaintiff, appellant.*
*No counsel contra.*

PER CURIAM.  The plaintiff sued on a promissory note in the sum of $500.00, which he alleges was executed by the defendant, of which he is now owner and holder in due course, and which is due and remains unpaid.  The defendant admits the execution of the note but alleges it was obtained from him by the plaintiff upon a fraudulent representation, the particulars of which are stated.  Plaintiff demanded judgment on the pleadings, which was refused, and he appealed.

It is not incumbent on the Court at this time to go into the merits of the controversy.  Defendant has made a sufficient showing to repel the present assault, and the order declining the motion for judgment on the pleadings is
Affirmed.

## STATE v. CLARENCE JONES AND IDA HAITHCOCK.

(Filed 5 June, 1947.)

APPEAL by defendants from *Grady, Emergency Judge,* at September Criminal Term, 1946, of DURHAM.

Criminal prosecution upon bill of indictment charging defendants with unlawful possession of intoxicating liquors for the purpose of sale.

Verdict: As to each defendant guilty as charged in the bill of indictment.

Judgment: Pronounced.

Defendants appeal to Supreme Court and assign error.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*
*W. T. Hatch and J. M. Templeton for defendants, appellants.*